**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7248**

———————————

UNITED STATES OF AMERICA,

Respondent - Appellee,

versus

LUIS OMAR POYATOS,

Petitioner - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Walter E. Black, Jr., Senior District
Judge. (CA-98-1699-B)

———————————

Submitted: February 25, 1999          Decided: March 8, 1999

———————————

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Luis Omar Poyatos, Appellant Pro Se. Robert Reeves Harding, Assis-
tant United States Attorney, Baltimore, Maryland, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Luis Omar Poyatos seeks to appeal the district court's order denying his motion, which the district court properly construed as one filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appeal-ability and dismiss the appeal on the reasoning of the district court.  See United States v. Poyatos, No. CA-98-1699-B (D. Md. July 6, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2